United States District Court
Southern District of Texas
**ENTERED**
December 15, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JORGE LUIS MEZA YANEZ, | § § | CIVIL ACTION NUMBER 4:25-cv-05779 |
| Petitioner, | § § § | |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| GRANT DICKEY, *et al*, Respondents. | § § § | |

## ORDER

The parties are ORDERED to confer and file a joint proposed scheduling and docket control order by January 7, 2026.

The parties should consult the scheduling and docket control order, form 5(a) on the Court's website, to the extent relevant and useful.

The guidelines provided in that form are not binding. Given the fundamental liberty interests at stake in all cases proceeding on *habeas corpus*, the parties are strongly encouraged to pursue expeditious adjudication of this matter.

The parties may request an initial or status conference, if desired.

SO ORDERED.

Signed on December 15, 2025, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge